## The State *vs.* Smith.

Held, that the ordinance of the city of Little Rock, of 13th July, 1841, entitled, "An ordinance concerning elections," provided only for such elections for city officers as were annual; and that the judges who held the election under that ordinance, had no right to hold an election for justices of the peace, the election of those officers being *biennial.*